DYER, Appellant, vs. CITY COUNCIL OF THE CITY OF BELOIT and others, Respondents.

*March 29, 1948.*

After the filing of the mandate of the United States supreme court in this court, the appellant on March 29, 1948, moved that the judgment

of the circuit court be reversed and for other relief. After hearing counsel for the respondents as well as for the appellant, this court on March 29, 1948, entered the following mandate:

*By the Court.*—"Judgment appealed from is reversed and cause remanded with directions to dismiss the complaint."